**IN THE MATTER OF THE
REGISTRATION OF THE MATAI TITLE "ATIULAGI"
OF THE VILLAGE OF TA'U, MANU'A ISLAND,
AMERICAN SAMOA**

No. 1166

High Court of American Samoa

Civil Jurisdiction, Land and Titles Division

May 12, 1971

Heard before LETULIGASENOA, *Associate Judge;* LU-TALI and MUASAU, *Temporary Associate Judges;* upon stipulation of all parties.

31

Counsel for Manuita M. Fiame, Tima Ma'o.
Counsel for Ape Poutoa, Tago Seva'aetasi.

## OPINION FOR THE COURT

LUTALI, *Presiding Judge.*

The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED, AND DECREED:

1. The name Manuita M. Fiame is certified to the Territorial Registrar for registration as the holder of the matai name title ATIULAGI, originating in the village of Ta'u, Manu'a, American Samoa, providing that by the time of registration and within 30 days after the decision has been final, the successful claimant shall resign any other matai title which he then holds.

2. After the decision in this case has been final, the Clerk of the High Court will return any exhibit to a party upon his application therefore.

3. Court costs in the amount of $25 per day of trial are assessed. Ape Poutoa is to pay the full costs thereof within 30 days after the decision herein is final.

4. Copies of this decision will be furnished to all parties and to the Territorial Registrar.